UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LYNN ANDERSON #180023, | Case No. 1:08-cv-250 |
| Petitioner, | Chief Judge Paul L. Maloney |
| v. | Magistrate Judge Ellen S. Carmody |
| JOHN PRELESNIK, Warden, | |
| Respondent. | |

## ORDER

On January 4, 2010, the U.S. Magistrate Judge issued a Report and Recommendation ("R&R"), *see* Doc. No. 39, recommending that this court deny Michael Lynn Anderson's 28 U.S.C. § 2254 petition for a writ of habeas corpus. The Clerk's Office mailed the R&R by first-class U.S. mail to Anderson at his correctional facility on January 5, 2010. Petitioner Anderson lodged objections – dated January 18, 2009 and received by the Clerk's Office by paper mail on January 22, 2010 – which the court treats as timely. *See* Doc. No. 40.

**No later than Friday, March 12, 2010, the defendant SHALL FILE a brief** responding in detail, with citation to Sixth Circuit precedent, to each objection.

This is not a final and immediately appealable order.

**IT IS SO ORDERED** on this   25th   day of January 2010.

/s/Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge