UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LYNN ANDERSON, | Case No. 1:08-cv-250 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| JOHN PRELESNIK, Warden, | |
| Respondent. | |

## **JUDGMENT**

Final judgment is entered in favor of respondent Prelesnik and against petitioner Anderson.

**IT IS SO ORDERED this 26th day of March 2010.**

    /s/ Paul L. Maloney
    Honorable Paul L. Maloney
    Chief United States District Judge